Seth Woodruff, et al., Appellants, v. First Bond & Mortgage Company, Appellee.

*Richard F. Woodruff* and *Dickinson & Dickinson,* for Appellants.

*Giles & Gurney,* for Appellee.

Howard W. Railey, Appellant, v. Laura K. Railey, Appellee.

*Cook, Blanchard & Hoffman,* for Appellant;

*Bickers & Ramseur,* for Appellee.

Clarence M. Busch, et al., Plaintiffs in Error, v. E. E. Goodno, Defendant in Error.

*Leitner & Leitner,* for Plaintiffs in Error;

*Treadwell & Treadwell,* for Defendant in Error.